


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '21 MJ1277 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, USC 1324(a)(1)(A)(i) & (v)(II) Bringing In Illegal Aliens At Other Than Port Of Entry |
| Yonal RAMIREZ-Interiano, | |
| Defendant. | |

The undersigned complainant being, duly sworn, states:

On or about April 06, 2021 within the Southern District of California, defendant Yonal RAMIREZ-Interiano, knowingly or in reckless disregard of the fact that certain aliens, namely, Roberto GALLARDO-Flores, Bexsaira MANZANAREZ-Castro and Santiago VIRGEN-Cisneros, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated Port of Entry; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) & (v)(II).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON APRIL 7, 2021.

HON. MITCHELL D. DEMBIN
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Yonal RAMIREZ-Interiano

## PROBABLE CAUSE STATEMENT

The complainant states that GALLARDO, MANZANAREZ and VIRGEN are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 5, 2021, Border Patrol Agent C. Suwansupha was conducting assigned duties in the Imperial Beach Border Patrol Station Border Patrol Station's area of responsibility. Agent Suwansupha was in full rough duty Border Patrol uniform, and was operating a marked government vehicle.

At approximately 11:30 P.M., Agent Suwansupha responded to a report of a possible smuggling event near Mission Bay in San Diego, California, reported by a San Diego Lifeguard. When Agent Suwansupha arrived at the beach, he observed a panga style boat on the sand directly west of a Lifeguard tower at Mission Bay Jetty. This location is approximately 16.2 miles north of the United States/ Mexico International Boundary, and 5 miles west of the San Ysidro, CA Port of Entry. Upon inspection of the boat, Agent Suwansupha found 15 life vests on board and several used plastic garbage bags. There was also a small purse near the steering wheel of the boat with a small black cell phone inside.

On April 6, 2021, at approximately 12:30 A.M., Air and Marine Operations (AMO) arrived on scene and began the process to seize the panga boat. At this time, Agent Suwansupha was notified that there were eighteen individuals being detained by AMO agents at Mission Point Park. Mission Point Park is located directly east of where the panga boat was found approximately half of a mile away.

When Agent Suwansupha arrived at Mission Point Park, he observed eighteen individuals sitting on the grass. Agent Suwansupha approached each individual, including the defendant Yonal RAMIREZ-Interiano, and material witnesses, Roberto GALLARDO-Flores, Bexsaira MANZANAREZ-Castro and Santiago VIRGEN-Cisneros, and conducted an immigration inspection. RAMIREZ stated that he is a citizen of Guatemala, not in possession of any immigration documents to allow him to enter or remain in the United States. Fifteen of the eighteen individuals, including GALLARDO, MANZANAREZ and VIRGEN, admitted that they were Mexican nationals, and did not have any immigration documentation that would allow them to legally enter or remain in the United States. The other three individuals,

## CONTINUATION OF COMPLAINT:
### Yonal RAMIREZ-Interiano

including RAMIREZ, admitted that they were citizens of Guatemala, and did not have any immigration documentation that would allow them to enter or remain in the United States legally.

At approximately 1:45 A.M., Agent Suwansupha placed all eighteen individuals, including RAMIREZ, under arrest for entering the United States without proper inspection and arranged for them to be transported to the Imperial Beach Border Patrol Station for processing.

On April 6, 2021, at 4:36 A.M., at the Imperial Beach Border Patrol Station, Border Patrol Agent O. Ceja performed a recorded audio/video Post-Miranda statement of the defendant, Yonal RAMIREZ-Interiano. RAMIREZ was advised of his Miranda Rights. RAMIREZ stated he understood his rights and was willing to answer questions.

RAMIREZ stated that a smuggler that goes by the Moniker of "El Mecho," offered to bring him to Los Angeles, CA for $12,000. RAMIREZ gave verbal and written consent for Border Patrol Agents to search his phone. RAMIREZ granted Border Patrol Agent C. Omar consent to search RAMIREZ's LG cell phone which he claimed belonged to him. A quick search of RAMIREZ's phone revealed multiple incriminating conversations with coordinators in Mexico of previous smuggling events in which RAMIREZ was operating as a foot guide. RAMIREZ was asked how the undocumented aliens were doing by the suspected coordinators in Mexico, and RAMIREZ then sent them a picture of individuals being smuggled in what appears to be a separate smuggling attempt from today's event.

For today's event, RAMIREZ talked to several individuals that were involved in this smuggling event based upon the text messages on his cell phone. He was asked if he took the smuggled individuals far away from the boat and to conceal them very well. RAMIREZ is then asked if he already called and talked with the individuals tasked with picking up everyone from today's event. RAMIREZ acknowledges that he did, and that they were on their way according to the text messages in RAMIREZ's cell phone. RAMIREZ then explains that one of the individuals who was tasked with picking everyone up, arrived but ended up leaving. In those conversations, RAMIREZ shares his location with the coordinators several times. RAMIREZ stated that no one else had access to his phone and that the phone was his. Due to incriminating information found on the phone, RAMIREZ's phone was seized by Border Patrol.

Material witnesses GALLARDO, MANZANAREZ and VIRGEN, admitted to being citizens of Mexico, illegally present in the United States, and not having any documents that would allow

CONTINUATION OF COMPLAINT:
Yonal RAMIREZ-Interiano

them to enter or remain in the United States legally. GALLARDO, MANZANAREZ and VIRGEN admitted to making smuggling arrangements and agreed to pay between $7,500.00 and $15,000.00 USD. All three material witnesses were each shown a photo lineup. GALLARDO and VIRGEN were able to identify RAMIREZ as the smuggler giving direction to the group. GALLARDO stated when he arrived at the boat dock, RAMIREZ handed everyone a plastic bag and instructed them to put their cell phones in the bag. GALLARDO stated that shortly after their phones were inside the bags, they were instructed to walk down to the fishing dock. GALLARDO and VIRGEN stated that RAMIREZ told them that he called and gave their location to someone that was on their way to pick them up from the beach to take them to their destination. GALLARDO and VIRGEN stated that RAMIREZ led everyone off the boat once it made landfall and RAMIREZ began to give everyone instructions. VIRGEN further stated that RAMIREZ took them to a park to hide.